No. 657, Misc. KRANTZ *v.* COLORADO. Supreme Court of Colorado. Certiorari denied. Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John E. Bush,* Assistant Attorney General, for respondent.

No. 679, Misc. GIZZO *v.* BETO, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied.

No. 684, Misc. IN RE LEE. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. MacDonald Gallion,* Attorney General of Alabama, and *George D. Mentz,* Assistant Attorney General, filed a brief for the State of Alabama in opposition.

No. 686, Misc. TABLE *v.* CUNNINGHAM. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 687, Misc. HAWKS *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 688, Misc. GAINEY *v.* SOUTH CAROLINA. Supreme Court of South Carolina. Certiorari denied.

No. 703, Misc. HUNTER *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 731, Misc. PALMER *v.* CUNNINGHAM. Supreme Court of Appeals of Virginia. Certiorari denied.